# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02587-RPM-BNB

Western Sugar Cooperative, Inc., a Colorado corporation,

    Plaintiff,

v.

Olmarc Packaging Co., an Illinois corporation,

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

This matter comes before the Court on the parties' Stipulated Motion to Transfer Venue to the United States District Court for the Northern District of Illinois. The Court has reviewed that Motion. The Motion is meritorious and acceptable. Therefore, it is

ORDERED that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is stayed. Pursuant to 28 U.S.C. 1404(a), the case is hereby transferred to the United States District Court for the Northern District of Illinois. The clerk of court is to take all necessary steps to accomplish the transfer.

ORDERED this 6th day of May, 2008.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    U.S. District Court Judge